IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE E. HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:24-CV-0520-G-BT |
| TRANSAMERICA LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, the plaintiff's case will be **DISMISSED**.

Further, the plaintiff is **WARNED** that monetary sanctions may be imposed against him, and he may be barred from filing future lawsuits if he persists in filing frivolous or baseless actions, or actions over which the court lacks jurisdiction. *See* FED. R. CIV. P. 11(b)(2) and (c)(1).

**SO ORDERED**.

March 26, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**

- 2 -